Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 1 of 35

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X

**DIANE FARRIS**, Individually and as Fiduciary of
the Estate of **JOHN GALLO**, Deceased,

                      Plaintiff,

    -against-

**AVON PRODUCTS, INC.**;
**AIR & LIQUID SYSTEMS CORPORATION**,
sued as successor-by-merger to BUFFALO
PUMPS, INC.;
**A.O. SMITH CORPORATION**;
**ARMSTRONG INTERNATIONAL, INC.**;
**AS AMERICA, INC.**;
**BARRETTS MINERALS INC.**;
**BASF CATALYSTS LLC**, sued individually and
as successor-in-interest to ENGELHARD
CORPORATION and its subsidiary PITA
REALTY LIMITED successor-by-merger to
EASTERN MAGNESIA TALC COMPANY;
**BLOCK DRUG COMPANY, INC.**, sued
individually and as successor-in-interest to THE
GOLD BOND STERILIZING POWDER
COMPANY a/k/a THE GOLD BOND
COMPANY;
**BRENNTAG NORTH AMERICA, INC.**, sued
individually and as successor-in-interest to
MINERAL PIGMENT SOLUTIONS, INC. and as
successor-in-interest to WHITTAKER CLARK &
DANIELS, INC.;
**BRENNTAG SPECIALTIES LLC** f/k/a
BRENNTAG SPECIALTIES, INC. f/k/a
MINERAL PIGMENT SOLUTIONS, INC., sued
individually and as successor-in-interest to
WHITTAKER CLARK & DANIELS, INC.;
**BRISTOL-MYERS SQUIBB COMPANY**, sued
individually and as successor-in-interest to
CHARLES OF THE RITZ;
**BURNHAM LLC** f/k/a BURNHAM
CORPORATION;
**BW/IP INTERNATIONAL, INC.**, sued
individually and as successor-in-interest to
BYRON JACKSON PUMP COMPANY;

Index No.

Date of Filing: February 6, 2023

**SUMMONS**

Plaintiff designates
NEW YORK COUNTY
as the Place of Trial

Plaintiff resides at:
27 Karen Drive
Bloomingburg, NY 12721

Page 1

**CARRIER CORPORATION**;
**CARRIER GLOBAL CORPORATION**;
**CHARLES B. CHRYSTAL COMPANY, INC.**;
**CHATTEM, INC.** a subsidiary of SANOFI-AVENTIS U.S. LLC, sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;
**CLEAVER-BROOKS, INC.** f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION, sued individually and as successor-in-interest to THE SPRINGFIELD BOILER COMPANY;
**COLGATE-PALMOLIVE COMPANY**;
**COLUMBIA BOILER COMPANY OF POTTSTOWN**;
**CONOPCO, INC.**, a subsidiary of UNILEVER HOME & PERSONAL CARE USA;
**CROSBY VALVE, LLC**;
**DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY;
**DAP PRODUCTS, INC.**;
**EASTERN MAGNESIA TALC COMPANY**;
**ECR INTERNATIONAL, INC.**, sued as successor to THE UTICA COMPANIES, INC.;
**EDELBROCK, LLC** f/k/a EDELBROCK CORPORATION;
**EMERSON ELECTRIC CO.**;
**EMPIRE COMFORT SYSTEMS, INC.** f/k/a EMPIRE, INC.;
**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST** as successor to FELT-PRODUCTS MANUFACTURING CORPORATION;
**FLOWSERVE CORPORATION**, sued as successor-in-interest to INVENSYS SYSTEMS, INC. f/k/a BTR SIEBE PLC as successor-interest to ROCKWELL MANUFACTURING COMPANY, and as successor-by-merger to DURCO INTERNATIONAL;
**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC., BW/IP

Page 2

INTERNATIONAL, INC., and BYRON
JACKSON PUMP COMPANY;

**FMC CORPORATION**, sued individually and as
successor-in-interest to PEERLESS PUMP
COMPANY, CROSBY VALVE, LLC and
CROSBY VALVE, INC.;

**FORD MOTOR COMPANY**;

**FOSTER WHEELER ENERGY
CORPORATION**;

**GARDNER DENVER, INC.**;

**GENERAL ELECTRIC COMPANY**;

**GENUINE PARTS COMPANY** a/k/a NAPA;

**GG OF FLORIDA, INC.** f/k/a HIGBEE, INC.
f/k/a HIGBEE GASKETS AND SEALING
PRODUCTS, INC.;

**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS,
INCORPORATED;

**GOULDS PUMPS (N.Y.) INC.** f/k/a GOULDS
PUMPS, INCORPORATED;

**THE H.B. SMITH COMPANY,
INCORPORATED**, a division of MESTEK, INC.,
and d/b/a SMITH CAST IRON BOILERS;

**HENKEL CONSUMER GOODS INC.** and its
former subsidiary THE DIAL CORPORATION;

**HENKEL CORPORATION** and its former
subsidiary THE DIAL CORPORATION;

**HENRY COMPANY LLC**;

**W.W. HENRY COMPANY**;

**HOLLEY PERFORMANCE PRODUCTS,
INC.**;

**HOLLINGSWORTH & VOSE COMPANY**;

**HONEYWELL INTERNATIONAL, INC.**, sued
individually and f/k/a ALLIED-SIGNAL, INC.
successor-in-interest to BENDIX
CORPORATION;

**HOPEMAN BROTHERS INC.**;

**ITT, LLC** f/k/a ITT INC., ITT CORPORATION,
and ITT INDUSTRIES, INC., sued individually
and as successor-in-interest to BELL & GOSSETT;

**JOHN CRANE, INC.**;

**LENNOX INDUSTRIES, INC.**;

**LENNOX INTERNATIONAL, INC.**;

**MORSE TEC LLC** f/k/a BORGWARNER
MORSE TEC LLC, sued as successor-by-merger to
BORG WARNER CORPORATION;

**MUELLER COMPANY, LLC**, a subsidiary of
MUELLER WATER PRODUCTS, INC.;
**MW CUSTOM PAPERS, LLC** as successor-in-
interest to THE MEAD CORPORATION;
**PARAMOUNT GLOBAL** f/k/a VIACOMCBS
INC. f/k/a CBS CORPORATION f/k/a VIACOM,
INC. successor-by-merger to CBS
CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION;
**PEERLESS INDUSTRIES INC.**;
**PFIZER INC.**;
**PNEUMO ABEX LLC**, sued as successor-in-
interest to ABEX CORPORATION;
**THE PROCTER & GAMBLE COMPANY**, sued
individually and as successor-in-interest to THE
GILLETTE COMPANY;
**REDCO CORPORATION** f/k/a CRANE CO.;
**RHEEM MANUFACTURING COMPANY**;
**R. T. VANDERBILT HOLDING COMPANY,
INC.**, sued individually and as successor-in-interest
to R. T. VANDERBILT COMPANY, INC.;
**SPECIALTY MINERALS INC.**, sued
individually and as a subsidiary of MINERALS
TECHNOLOGIES INC.;
**STERLING FLUID SYSTEMS (USA), LLC**
f/k/a PEERLESS PUMP CO.;
**UNILEVER UNITED STATES, INC.**;
**UNION CARBIDE CORPORATION**;
**VANDERBILT MINERALS, LLC**, sued as
successor-by-merger to R. T. VANDERBILT
COMPANY, INC.;
**VELAN VALVE CORP.** a/k/a VELAN VALVE
CORPORATION;
**VIAD CORP** f/k/a VIAD CORPORATION f/k/a
THE DIAL CORPORATION, sued individually
and as successor-in-interest to GRISCOM-
RUSSELL COMPANY;
**WARREN PUMPS, LLC**;
**WATTS WATER TECHNOLOGIES, INC.**,
sued as successor-in-interest to MUELLER
STEAM SPECIALTY, INC.;
**WEIL-MCLAIN**, a division of the MARLYE-
WYLAIN COMPANY;
**WEIR VALVES & CONTROLS USA, INC.**
f/k/a ATWOOD & MORRILL;
**WHITTAKER CLARK & DANIELS, INC.**;

Page 4

**THE WILLIAM POWELL COMPANY**;
**ZURN INDUSTRIES, LLC**, sued individually
and as successor-in-interest to ZURN
INDUSTRIES, INC. and ERIE CITY IRON
WORKS d/b/a KEYSTONE BOILER WORKS,
INC.,

          Defendants.

**TO THE ABOVE-NAMED DEFENDANTS:**

      You are hereby summoned to answer in this action and to serve a copy of your answer, or if the complaint is not served with this summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: February 6, 2023       SIMON GREENSTONE PANATIER, PC
       New York, New York       Attorneys for Plaintiff

                                        ***Brendan J. Tully***
                                        Brendan J. Tully
                                        420 Lexington Avenue, Suite 2848
                                        New York, New York 10170
                                        Telephone: (212) 634-1690
                                        Facsimile: (212) 320-0526

Page 5

**TO DEFENDANTS:**

**AVON PRODUCTS, INC.**
Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

**AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO
PUMPS, INC.
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**A.O. SMITH CORPORATION**
The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

**ARMSTRONG INTERNATIONAL, INC.**
David Dykstra
900 Maple Street
Three Rivers, MI 49093

**AS AMERICA, INC.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**BARRETTS MINERALS INC.**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**BASF CATALYSTS LLC**, sued individually and as successor-in-interest to ENGELHARD
CORPORATION and its subsidiary PITA REALTY LIMITED successor-by-merger to
EASTERN MAGNESIA TALC COMPANY
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

Page 6

**BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE
GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY
Corporation Service Company
Princeton South Corporate Center, Suite 160
100 Charles Ewing Boulevard
Ewing, NJ 08628

**BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to
MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL
PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER
CLARK & DANIELS, INC.
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**BRISTOL-MYERS SQUIBB COMPANY**, sued individually and as successor-in-interest to
CHARLES OF THE RITZ
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**BURNHAM LLC** f/k/a BURNHAM CORPORATION
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**BW/IP INTERNATIONAL, INC.**, sued individually and as successor-in-interest to BYRON
JACKSON PUMP COMPANY
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CARRIER CORPORATION**
United Agent Group Inc.
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

Page 7

**CARRIER GLOBAL CORPORATION**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CHARLES B. CHRYSTAL COMPANY, INC.**
89 Coachlight Circle
Prospect, CT 06712

**CHATTEM, INC.** a subsidiary of SANOFI-AVENTIS U.S. LLC, sued individually and as
successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD
BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY
Corporation Service Company
2908 Poston Avenue
Nashville, TN 37203-1312

**CLEAVER-BROOKS, INC.** f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS
DIVISION, sued individually and as successor-in-interest to THE SPRINGFIELD BOILER
COMPANY
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**COLGATE-PALMOLIVE COMPANY**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**COLUMBIA BOILER COMPANY OF POTTSTOWN**
CT Corporation
600 North Second Street, Suite 401
Harrisburg, PA 17101

**CONOPCO, INC.**, a subsidiary of UNILEVER HOME & PERSONAL CARE USA
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**CROSBY VALVE, LLC**
CT Corporation System
701 S. Carson Street, Suite 200
Carson City, NV 89701

Page 8

**DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

**DAP PRODUCTS, INC.**
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**EASTERN MAGNESIA TALC COMPANY**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**ECR INTERNATIONAL, INC.,** sued as successor to THE UTICA COMPANIES, INC.
2201 Dwyer Avenue
Utica, NY 13501

**EDELBROCK, LLC** f/k/a EDELBROCK CORPORATION
Ronald L. Coleman
8649 Hacks Cross Road
Olive Branch, MS 38654

**EMERSON ELECTRIC CO.**
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**EMPIRE COMFORT SYSTEMS, INC.** f/k/a EMPIRE, INC.
Patrick B. Mathis
23 Public Square, Suite 300
Belleville, IL 62220

**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST** as successor to FELT-PRODUCTS MANUFACTURING CORPORATION
Wilmington Trust SP Services, Inc.
1105 N. Market Street, Suite 1300
Wilmington, DE 19801

Page 9

**FLOWSERVE CORPORATION**, sued as successor-in-interest to INVENSYS SYSTEMS, INC. f/k/a BTR SIEBE PLC as successor-interest to ROCKWELL MANUFACTURING COMPANY, and as successor-by-merger to DURCO INTERNATIONAL
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC., BW/IP INTERNATIONAL, INC., and BYRON JACKSON PUMP COMPANY
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**FMC CORPORATION**, sued individually and as successor-in-interest to PEERLESS PUMP COMPANY, CROSBY VALVE, LLC and CROSBY VALVE, INC.
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**FORD MOTOR COMPANY**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**FOSTER WHEELER ENERGY CORPORATION**
United Agent Group Inc.
600 Mamaroneck Avenue, Suite 400
Harrison, NY 10528

**GARDNER DENVER, INC.**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**GENERAL ELECTRIC COMPANY**
Vice President, Litigation
General Electric Company
901 Main Avenue
Norwalk, CT 06851

**GENUINE PARTS COMPANY** a/k/a NAPA
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**GG OF FLORIDA, INC.** f/k/a HIGBEE, INC. f/k/a HIGBEE GASKETS AND SEALING
PRODUCTS, INC.
1728 Lane Avenue South
Jacksonville, FL 32236.

**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**GOULDS PUMPS (N.Y.) INC.** f/k/a GOULDS PUMPS, INCORPORATED
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**THE H.B. SMITH COMPANY, INCORPORATED**, a division of MESTEK, INC., and d/b/a
SMITH CAST IRON BOILERS
Edwin M. Smith
61 Union Street, Suite 201
Westfield, MA 01085

**HENKEL CONSUMER GOODS INC.** and its former subsidiary THE DIAL CORPORATION
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**HENKEL CORPORATION** and its former subsidiary THE DIAL CORPORATION
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**HENRY COMPANY LLC**
United Agent Group Inc.
4640 Admiralty Way, 5th Floor
Marina del Rey, CA 90292

**W.W. HENRY COMPANY**
400 Ardex Park Drive
Aliquippa, PA 15001

**HOLLEY PERFORMANCE PRODUCTS, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Page 11

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 12 of 35

**HOLLINGSWORTH & VOSE COMPANY**
County Road 113
Greenwich, NY 12834

**HONEYWELL INTERNATIONAL, INC.**, sued individually and f/k/a ALLIED-SIGNAL, INC. successor-in-interest to BENDIX CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**HOPEMAN BROTHERS INC.**
CT Corporation Service
4701 Cox Road, Suite 285
Glen Allen, VA 23060

**ITT, LLC** f/k/a ITT INC., ITT CORPORATION, and ITT INDUSTRIES, INC., sued individually and as successor-in-interest to BELL & GOSSETT
CT Corporation System
334 N. Senate Avenue
Indianapolis, IN 46204

**JOHN CRANE, INC.**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**LENNOX INDUSTRIES, INC.**
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**LENNOX INTERNATIONAL, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 13 of 35

**MUELLER COMPANY, LLC**, a subsidiary of MUELLER WATER PRODUCTS, INC.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**PARAMOUNT GLOBAL** f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a
VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE
ELECTRIC CORPORATION
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**PEERLESS INDUSTRIES INC.**
Philip J. O/Rourke, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005

**PFIZER INC.**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**PNEUMO ABEX LLC**, sued as successor-in-interest to ABEX CORPORATION
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**THE PROCTER & GAMBLE COMPANY**, sued individually and as successor-in-interest to
THE GILLETTE COMPANY
CT Corporation System
4400 Easton Commons, Fleet 125
Columbus Ohio 43219

**REDCO CORPORATION** f/k/a CRANE CO.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Page 13

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 14 of 35

**RHEEM MANUFACTURING COMPANY**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC.
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**SPECIALTY MINERALS INC.**, sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**STERLING FLUID SYSTEMS (USA), LLC** f/k/a PEERLESS PUMP CO.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street, Wilmington, DE 19801

**UNILEVER UNITED STATES, INC.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**UNION CARBIDE CORPORATION**
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**VANDERBILT MINERALS, LLC**, sued as successor-by-merger to R. T. VANDERBILT COMPANY, INC.
Corporation Service Company
80 State Street
Albany, NY 12207-2543

**VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Page 14

**VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE DIAL CORPORATION, sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**WARREN PUMPS, LLC**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**WATTS WATER TECHNOLOGIES, INC.**, sued as successor-in-interest to MUELLER STEAM SPECIALTY, INC.
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

**WEIL-MCLAIN**, a division of the MARLYE-WYLAIN COMPANY
999 McClintock Drive, Suite 200
Burr Ridge, IL 60527

**WEIR VALVES & CONTROLS USA, INC.** f/k/a ATWOOD & MORRILL
29 Old Right Road
Ipswich, MA 01938-1119

**WHITTAKER CLARK & DANIELS, INC.**
Joe Cobuzio
Tompkins, McGuire, Wacenfeld & Barry
3 Becker Farm Road, 4th Floor
Roseland, NJ 07068

**THE WILLIAM POWELL COMPANY**
David R. Cowart
3261 Spring Grove Avenue
Cincinnati, OH 45225

**ZURN INDUSTRIES, LLC**, sued individually and as successor-in-interest to ZURN INDUSTRIES, INC. and ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER WORKS, INC.
CT Corporation System
28 Liberty Street, 42nd Floor
New York, NY 10005

Page 15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------X

**DIANE FARRIS**, Individually and as Fiduciary of the Estate of **JOHN GALLO**, Deceased,

Plaintiff,

-against-

**AVON PRODUCTS, INC.**;
**AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO PUMPS, INC.;
**A.O. SMITH CORPORATION**;
**ARMSTRONG INTERNATIONAL, INC.**;
**AS AMERICA, INC.**;
**BARRETTS MINERALS INC.**;
**BASF CATALYSTS LLC**, sued individually and as successor-in-interest to ENGELHARD CORPORATION and its subsidiary PITA REALTY LIMITED successor-by-merger to EASTERN MAGNESIA TALC COMPANY;
**BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;
**BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
**BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;
**BRISTOL-MYERS SQUIBB COMPANY**, sued individually and as successor-in-interest to CHARLES OF THE RITZ;
**BURNHAM LLC** f/k/a BURNHAM CORPORATION;
**BW/IP INTERNATIONAL, INC.**, sued individually and as successor-in-interest to BYRON JACKSON PUMP COMPANY;
**CARRIER CORPORATION**;
**CARRIER GLOBAL CORPORATION**;
**CHARLES B. CHRYSTAL COMPANY, INC.**;

Index No.
Date of Filing: February 6,  2023

**COMPLAINT**

Plaintiff demands a trial by jury.

Page 16

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 17 of 35

**CHATTEM, INC.** a subsidiary of SANOFI-AVENTIS U.S. LLC, sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY;

**CLEAVER-BROOKS, INC.** f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION, sued individually and as successor-in-interest to THE SPRINGFIELD BOILER COMPANY;

**COLGATE-PALMOLIVE COMPANY;**

**COLUMBIA BOILER COMPANY OF POTTSTOWN;**

**CONOPCO, INC.**, a subsidiary of UNILEVER HOME & PERSONAL CARE USA;

**CROSBY VALVE, LLC;**

**DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY;

**DAP PRODUCTS, INC.;**

**EASTERN MAGNESIA TALC COMPANY;**

**ECR INTERNATIONAL, INC.**, sued as successor to THE UTICA COMPANIES, INC.;

**EDELBROCK, LLC** f/k/a EDELBROCK CORPORATION;

**EMERSON ELECTRIC CO.;**

**EMPIRE COMFORT SYSTEMS, INC.** f/k/a EMPIRE, INC.;

**FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST** as successor to FELT-PRODUCTS MANUFACTURING CORPORATION;

**FLOWSERVE CORPORATION**, sued as successor-in-interest to INVENSYS SYSTEMS, INC. f/k/a BTR SIEBE PLC as successor-interest to ROCKWELL MANUFACTURING COMPANY, and as successor-by-merger to DURCO INTERNATIONAL;

**FLOWSERVE US, INC.**, sued as successor to EDWARD VALVE, INC., BW/IP INTERNATIONAL, INC., and BYRON JACKSON PUMP COMPANY;

**FMC CORPORATION**, sued individually and as successor-in-interest to PEERLESS PUMP COMPANY, CROSBY VALVE, LLC and CROSBY VALVE, INC.;

**FORD MOTOR COMPANY;**

**FOSTER WHEELER ENERGY CORPORATION;**

**GARDNER DENVER, INC.**;

**GENERAL ELECTRIC COMPANY**;

**GENUINE PARTS COMPANY** a/k/a NAPA;

**GG OF FLORIDA, INC.** f/k/a HIGBEE, INC. f/k/a HIGBEE GASKETS AND SEALING PRODUCTS, INC.;

**GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED;

**GOULDS PUMPS (N.Y.) INC.** f/k/a GOULDS PUMPS, INCORPORATED;

**THE H.B. SMITH COMPANY, INCORPORATED**, a division of MESTEK, INC., and d/b/a SMITH CAST IRON BOILERS;

**HENKEL CONSUMER GOODS INC.** and its former subsidiary THE DIAL CORPORATION;

**HENKEL CORPORATION** and its former subsidiary THE DIAL CORPORATION;

**HENRY COMPANY LLC**;

**W.W. HENRY COMPANY**;

**HOLLEY PERFORMANCE PRODUCTS, INC.**;

**HOLLINGSWORTH & VOSE COMPANY**;

**HONEYWELL INTERNATIONAL, INC.**, sued individually and f/k/a ALLIED-SIGNAL, INC. successor-in-interest to BENDIX CORPORATION;

**HOPEMAN BROTHERS INC.**;

**ITT, LLC** f/k/a ITT INC., ITT CORPORATION, and ITT INDUSTRIES, INC., sued individually and as successor-in-interest to BELL & GOSSETT;

**JOHN CRANE, INC.**;

**LENNOX INDUSTRIES, INC.**;

**LENNOX INTERNATIONAL, INC.**;

**MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION;

**MUELLER COMPANY, LLC**, a subsidiary of MUELLER WATER PRODUCTS, INC.;

**MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION;

**PARAMOUNT GLOBAL** f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION;

**PEERLESS INDUSTRIES INC.**;

**PFIZER INC.**;

**PNEUMO ABEX LLC**, sued as successor-in-interest to ABEX CORPORATION;

**THE PROCTER & GAMBLE COMPANY**, sued individually and as successor-in-interest to THE GILLETTE COMPANY;
**REDCO CORPORATION** f/k/a CRANE CO.;
**RHEEM MANUFACTURING COMPANY**;
**R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC.;
**SPECIALTY MINERALS INC.**, sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC.;
**STERLING FLUID SYSTEMS (USA), LLC** f/k/a PEERLESS PUMP CO.;
**UNILEVER UNITED STATES, INC.**;
**UNION CARBIDE CORPORATION**;
**VANDERBILT MINERALS, LLC**, sued as successor-by-merger to R. T. VANDERBILT COMPANY, INC.;
**VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION;
**VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE DIAL CORPORATION, sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY;
**WARREN PUMPS, LLC**;
**WATTS WATER TECHNOLOGIES, INC.**, sued as successor-in-interest to MUELLER STEAM SPECIALTY, INC.;
**WEIL-MCLAIN**, a division of the MARLYE-WYLAIN COMPANY;
**WEIR VALVES & CONTROLS USA, INC.** f/k/a ATWOOD & MORRILL;
**WHITTAKER CLARK & DANIELS, INC.**;
**THE WILLIAM POWELL COMPANY**;
**ZURN INDUSTRIES, LLC**, sued individually and as successor-in-interest to ZURN INDUSTRIES, INC. and ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER WORKS, INC.,

Defendants.

**TO THE ABOVE-NAMED DEFENDANTS:**

Plaintiff DIANE FARRIS, Individually and as Fiduciary of the Estate of JOHN GALLO,

Deceased, by and through her attorneys, SIMON GREENSTONE PANATIER, PC, for her Complaint respectfully alleges:

1.      Plaintiff repeats and realleges Simon Greenstone Panatier, PC's New York City Asbestos Litigation Standard Complaint No. 2 as if fully incorporated herein.[1]

2.      Plaintiff resides at 27 Karen Drive, Bloomingburg, NY12721.

3.      Decedent JOHN GALLO was diagnosed with malignant mesothelioma as a result of his regular and repeated exposure to asbestos from the Defendants' asbestos-containing and/or asbestos-contaminated products.  Decedent was repeatedly exposed to asbestos from the Defendants' asbestos-containing and/or asbestos-contaminated products throughout his life in New York and was regularly and repeatedly exposed to the Defendants' asbestos-containing and/or asbestos-contaminated products manufactured and/or purchased in New York.  Plaintiff meets the minimum requirement for activation into the active docket pursuant to the Case Management Order governing these actions.

## **PARTIES**

4.      At all times relevant, Defendant **AVON PRODUCTS, INC.** was a corporation organized under the laws of the State of New York with its principal place of business in New York.

5.      At all times relevant, Defendant **AIR & LIQUID SYSTEMS CORPORATION**, sued as successor-by-merger to BUFFALO PUMPS, INC., was a corporation organized under the laws of the State of Pennsylvania with its principal place of business in New York.

---

[1] A copy of Simon Greenstone Panatier, PC's New York City Asbestos Litigation Standard Asbestos Complaint for Personal Injury No. 2 is attached hereto as Exhibit "A."

6.      At all times relevant, Defendant **A.O. SMITH CORPORATION** was a corporation organized under the laws of the State of Delaware with its principal place of business in Wisconsin.

7.      At all times relevant, Defendant **ARMSTRONG INTERNATIONAL, INC.** was a corporation organized under the laws of the State of Michigan with its principal place of business in Michigan.

8.      At all times relevant, Defendant **AS AMERICA, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey.

9.      At all times relevant, Defendant **BARRETTS MINERALS INC.** was a corporation organized under the laws of the State of Delaware with its principal places of business in New York and Montana.

10.     At all times relevant, Defendant **BASF CATALYSTS LLC**, sued individually and as successor-in-interest to ENGELHARD CORPORATION and its subsidiary PITA REALTY LIMITED successor-by-merger to EASTERN MAGNESIA TALC COMPANY, was a limited liability company organized under the laws of the State of Delaware with its principal place of business in New Jersey.  The managing member of **BASF CATALYSTS LLC**, sued individually and as successor-in-interest to ENGELHARD CORPORATION and its subsidiary PITA REALTY LIMITED successor-by-merger to EASTERN MAGNESIA TALC COMPANY, is BASF Corporation, a Delaware corporation with its principal place of business in New Jersey. Defendant **BASF CATALYSTS LLC**, sued individually and as successor-in-interest to ENGELHARD CORPORATION and its subsidiary PITA REALTY LIMITED successor-by-merger to EASTERN MAGNESIA TALC COMPANY, is therefore a citizen of the States of Delaware and New Jersey.

Page 21

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 22 of 35

11.     At all times relevant, Defendant **BLOCK DRUG COMPANY, INC.**, sued individually and as successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, was a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey.

12.      At all times relevant, Defendant **BRENNTAG NORTH AMERICA, INC.**, sued individually and as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC. and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in Pennsylvania.

13.     At all times relevant, Defendant **BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC., was a limited liability company organized under the laws of the State of Delaware with its principal place of business in New Jersey.  Defendant **BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.'s sole member is Brenntag North America, Inc., a Delaware corporation with its principal place of business in the State of Pennsylvania.   Defendant **BRENNTAG SPECIALTIES LLC** f/k/a BRENNTAG SPECIALTIES, INC. f/k/a MINERAL PIGMENT SOLUTIONS, INC., sued individually and as successor-in-interest to WHITTAKER CLARK & DANIELS, INC., is therefore a citizen of the States of Delaware and Pennsylvania.

14.     At all times relevant, Defendant **BRISTOL-MYERS SQUIBB COMPANY**, sued individually and as successor-in-interest to CHARLES OF THE RITZ, was a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

Page 22

15.     At all times relevant, Defendant **BURNHAM LLC** f/k/a BURNHAM CORPORATION was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Pennsylvania.  The managing members of Defendant BURNHAM LLC f/k/a BURNHAM CORPORATION are Jonathan R. Burnham and Walther Orozco who reside in Florida. Therefore Defendant BURNHAM LLC f/k/a BURNHAM CORPORATION is a citizen of the State of Florida.

16.     At all times relevant, Defendant **BW/IP INTERNATIONAL, INC.**, sued individually and as successor-in-interest to BYRON JACKSON PUMP COMPANY, was a corporation organized under the laws of the State of Delaware with its principal place of business in Texas.

17.     At all times relevant, Defendant **CARRIER CORPORATION** was a corporation organized under the laws of the State of Delaware with its principal place of business in Florida.

18.     At all times relevant, Defendant **CARRIER GLOBAL CORPORATION** was a corporation organized under the laws of the State of Delaware with its principal place of business in Florida.

19.     At all times relevant, Defendant **CHARLES B. CHRYSTAL COMPANY, INC.** was a corporation organized under the laws of the State of New York with its principal place of business in Connecticut.

20.     At all times relevant, Defendant **CHATTEM, INC.** a subsidiary of SANOFI-AVENTIS U.S. LLC, sued individually and as successor-in-interest to BLOCK DRUG CORPORATION, successor-in-interest to THE GOLD BOND STERILIZING POWDER COMPANY a/k/a THE GOLD BOND COMPANY, was a corporation organized under the laws of the State of Tennessee with its principal place of business in Tennessee.

Page 23

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 24 of 35

21.     At all times relevant, Defendant **CLEAVER-BROOKS, INC.** f/k/a AQUA-CHEM, INC. d/b/a CLEAVER-BROOKS DIVISION, sued individually and as successor-in-interest to THE SPRINGFIELD BOILER COMPANY, was a corporation organized under the laws of the State of Delaware with its principal place of business in Georgia.

22.     At all times relevant, Defendant **COLGATE-PALMOLIVE COMPANY** was a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

23.     At all times relevant, Defendant **COLUMBIA BOILER COMPANY OF POTTSTOWN** was a corporation organized under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania.

24.     At all times relevant, Defendant **CONOPCO, INC.**, a subsidiary of UNILEVER HOME & PERSONAL CARE USA, was a corporation organized under the laws of the State of New York with its principal place of business in New Jersey.

25.     At all times relevant, Defendant **CROSBY VALVE, LLC** was a limited liability company organized under the laws of the State of Nevada with its principal place of business in Minnesota.  Defendant **CROSBY VALVE, LLC** is a wholly-owned subsidiary of The J.R. Clarkson Company, LLC, and is an indirect wholly-owned subsidiary of Emerson Electric Co. Emerson Electric Co. is incorporated in Missouri with its principal place of business in Missouri. Defendant **CROSBY VALVE, LLC** is therefore a citizen of the State of Missouri.

26.     At all times relevant, Defendant **DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, was a limited liability company organized under the laws of the State of Virginia with its principal place of business in New Jersey.  To the best of Plaintiff's knowledge, the

Page 24

managing members of **DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, are Vicki L. Stringham and Joseph A. Stancati who reside in Ohio.  Therefore Defendant **DCO LLC** f/k/a DANA COMPANIES LLC, sued individually and as successor-in-interest to VICTOR GASKET MANUFACTURING COMPANY, is a citizen of the State of Ohio.

27.     At all times relevant, Defendant **DAP PRODUCTS, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Maryland.

28.     At all times relevant, Defendant **EASTERN MAGNESIA TALC COMPANY** was a corporation organized under the laws of the State of Delaware with its principal place of business in Delaware.

29.     At all times relevant, Defendant **ECR INTERNATIONAL, INC.**, sued as successor to THE UTICA COMPANIES, INC., was a corporation organized under the laws of the State of New York with its principal place of business in New York.

30.     At all times relevant, Defendant **EDELBROCK, LLC** f/k/a EDELBROCK CORPORATION, was a limited liability company organized under the laws of the State of Mississippi with its principal place of business in Mississippi.

31.     At all times relevant, Defendant **EMERSON ELECTRIC CO.** was a corporation organized under the laws of the State of Missouri with its principal place of business in Missouri.

32.     At all times relevant, Defendant **EMPIRE COMFORT SYSTEMS, INC.** f/k/a EMPIRE, INC. was a corporation organized under the laws of the State of Illinois with its principal place of business in Illinois.

33.     At all times relevant, Defendant **FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST** as successor to FELT-PRODUCTS MANUFACTURING CORPORATION

was an entity organized under the laws of the State of Delaware with its principal place of business in Delaware.

34.     At all times relevant, Defendant **FLOWSERVE CORPORATION**, sued as successor-in-interest to INVENSYS SYSTEMS, INC. f/k/a BTR SIEBE PLC as successor-interest to ROCKWELL MANUFACTURING COMPANY, and as successor-by-merger to DURCO INTERNATIONAL, was a corporation organized under the laws of the State of New York with its principal place of business in Texas.

35.     At all times relevant, Defendant **FLOWSERVE US, INC.,** sued as successor to EDWARD VALVE, INC., BW/IP INTERNATIONAL, INC., and BYRON JACKSON PUMP COMPANY, was a corporation organized under the laws of the State of Delaware with its principal place of business in Texas.

36.     At all times relevant, Defendant **FMC CORPORATION**, sued individually and as successor-in-interest to PEERLESS PUMP COMPANY, CROSBY VALVE, LLC and CROSBY VALVE, INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in Pennsylvania.

37.     At all times relevant, Defendant **FORD MOTOR COMPANY** was a corporation organized under the laws of the State of Delaware with its principal place of business in Michigan. **FORD MOTOR COMPANY** specifically designed its braking systems for asbestos-containing brake linings such that no other material could be utilized as brake linings in those systems.

38.     At all times relevant, Defendant **FOSTER WHEELER ENERGY CORPORATION** was a corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey.

Page 26

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 27 of 35

39.     At all times relevant, Defendant **GARDNER DENVER, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Illinois.

40.     At all times relevant, Defendant **GENERAL ELECTRIC COMPANY** was a corporation organized under the laws of the State of New York with its principal place of business in Massachusetts.

41.     At all times relevant, Defendant **GENUINE PARTS COMPANY** a/k/a NAPA was a corporation organized under the laws of the State of Georgia with its principal place of business in Georgia.

42.     At all times relevant, Defendant **GG OF FLORIDA, INC.** f/k/a HIGBEE, INC. f/k/a HIGBEE GASKETS AND SEALING PRODUCTS, INC. was a corporation organized under the laws of the State of New York with its principal place of business in Florida.

43.     At all times relevant, Defendant **GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED was a limited liability company organized under the laws of the State of Delaware with its principal place of business in New York.  The managing member of Defendant **GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED is InTelCo Management, LLC, whose sole member is ITT Inc., an Indiana corporation with its principal place of business in New York.   Therefore Defendant **GOULDS PUMPS LLC** f/k/a GOULDS PUMPS, INCORPORATED is a citizen of the States of Indiana and New York.

44.     At all times relevant, Defendant **GOULDS PUMPS (N.Y.) INC.** f/k/a GOULDS PUMPS, INCORPORATED was a corporation organized under the laws of the State of New York with its principal place of business in New York.

45.     At all times relevant, Defendant **THE H.B. SMITH COMPANY, INCORPORATED**, a division of MESTEK, INC., and d/b/a SMITH CAST IRON BOILERS,

was a corporation organized under the laws of the State of Massachusetts with its principal place of business in Massachusetts.

46.     At all times relevant, Defendant **HENKEL CONSUMER GOODS INC.** and its former subsidiary THE DIAL CORPORATION was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

47.     At all times relevant, Defendant **HENKEL CORPORATION** and its former subsidiary THE DIAL CORPORATION was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

48.     At all times relevant, Defendant **HENRY COMPANY LLC** was a limited liability company organized under the laws of the State of California with its principal place of business in California. The managing member of **HENRY COMPANY LLC** is Henry Holdings II, Inc., a Delaware corporation with its principal place of business in California. Defendant **HENRY COMPANY LLC** is therefore a citizen of the States of Delaware and California.

49.     At all times relevant, Defendant **W.W. HENRY COMPANY** was a corporation organized under the laws of the State of California with its principal place of business in Pennsylvania.

50.     At all times relevant, Defendant **HOLLEY PERFORMANCE PRODUCTS, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Kentucky.

51.     At all times relevant, Defendant **HOLLINGSWORTH & VOSE COMPANY** was a corporation organized under the laws of the State of Massachusetts with its principal place of business in Massachusetts.

Page 28

52.    At all times relevant, Defendant **HONEYWELL INTERNATIONAL, INC.**, sued individually and f/k/a ALLIED-SIGNAL, INC. successor-in-interest to BENDIX CORPORATION, was a corporation organized under the laws of the State of Delaware with its principal place of business in North Carolina.

53.    At all times relevant, Defendant **HOPEMAN BROTHERS INC.** was a corporation organized under the laws of the State of Virginia with its principal place of business in Virginia.

54.    At all times relevant, Defendant **ITT, LLC** f/k/a ITT INC., ITT CORPORATION, and ITT INDUSTRIES, INC., sued individually and as successor-in-interest to BELL & GOSSETT, was a limited liability company organized under the laws of the State of Indiana with its principal place of business in New York.  The managing member of Defendant **ITT, LLC** f/k/a ITT INC., ITT CORPORATION, and ITT INDUSTRIES, INC., sued individually and as successor-in-interest to BELL & GOSSETT, is ITT Inc., an Indiana corporation with its principal place of business in New York,  Defendant **ITT, LLC** f/k/a ITT INC., ITT CORPORATION, and ITT INDUSTRIES, INC., sued individually and as successor-in-interest to BELL & GOSSETT, is therefore a citizen of the States of New York and Indiana.

55.    At all times relevant, Defendant **JOHN CRANE, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Illinois.

56.    At all times relevant, Defendant **LENNOX INDUSTRIES, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Texas.

INDEX NO. 190027/2023
RECEIVED NYSCEF: 02/06/2023

57.     At all times relevant, Defendant **LENNOX INTERNATIONAL, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in Texas.

58.     At all times relevant, Defendant **MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION, was a limited liability company organized under the laws of the State of Delaware with its principal place of business in New York.  The managing member of Defendant  **MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION, is Borgwarner Inc., a Delaware corporation with its principal place of business in Michigan. Therefore, Defendant **MORSE TEC LLC** f/k/a BORGWARNER MORSE TEC LLC, sued as successor-by-merger to BORG WARNER CORPORATION, is a resident of the States of Delaware and Michigan.

59.     At all times relevant, Defendant **MUELLER COMPANY, LLC**, a subsidiary of MUELLER WATER PRODUCTS, INC., was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Tennessee.  The managing member of **MUELLER COMPANY, LLC**, a subsidiary of MUELLER WATER PRODUCTS, INC. is Mueller Group, LLC.  Mueller Group, LLC's managing member is Mueller Water Products, Inc., a Delaware corporation with its principal place of business in Georgia.  Defendant **MUELLER COMPANY, LLC**, a subsidiary of MUELLER WATER PRODUCTS, INC. is therefore a citizen of the States of Delaware and Georgia.

60.     At all times relevant, Defendant **MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Georgia.  The sole member of

Case 1:23-cv-02023-LAK-SN   Document 1-1   Filed 03/09/23   Page 31 of 35

**MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION is WestRock MWV, LLC, whose sole member is WestRock Company. WestRock Company is a Delaware corporation with its principal place of business in Georgia. Defendant **MW CUSTOM PAPERS, LLC** as successor-in-interest to THE MEAD CORPORATION is therefore a citizen of the States of Delaware and Georgia.

61.     At all times relevant, Defendant **PARAMOUNT GLOBAL** f/k/a VIACOMCBS INC. f/k/a CBS CORPORATION f/k/a VIACOM, INC. successor-by-merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION was a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

62.     At all times relevant, Defendant **PEERLESS INDUSTRIES INC.** was a corporation organized under the laws of the State of Pennsylvania with its principal place of business in New York.

63.     At all times relevant, Defendant **PFIZER INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in New York.

64.     At all times relevant, Defendant **PNEUMO ABEX LLC**, sued as successor-in-interest to ABEX CORPORATION. was a limited liability company organized under the laws of the State of Delaware with its principal place of business in New Jersey.

65.     At all times relevant, Defendant **THE PROCTER & GAMBLE COMPANY**, sued individually and as successor-in-interest to THE GILLETTE COMPANY, was a corporation organized under the laws of the State of Ohio with its principal place of business in Ohio.

66.     At all times relevant, Defendant **REDCO CORPORATION** f/k/a CRANE CO. was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

Page 31

67.    At all times relevant, Defendant **RHEEM MANUFACTURING COMPANY** was a corporation organized under the laws of the State of Delaware with its principal place of business in Georgia.

68.    At all times relevant, Defendant **R. T. VANDERBILT HOLDING COMPANY, INC.**, sued individually and as successor-in-interest to R. T. VANDERBILT COMPANY, INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in Connecticut.

69.    At all times relevant, Defendant **SPECIALTY MINERALS INC.**, sued individually and as a subsidiary of MINERALS TECHNOLOGIES INC., was a corporation organized under the laws of the State of Delaware with its principal place of business in Pennsylvania.

70.    At all times relevant, Defendant **STERLING FLUID SYSTEMS (USA), LLC** f/k/a PEERLESS PUMP CO. was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Indiana.

71.    At all times relevant, Defendant **UNILEVER UNITED STATES, INC.** was a corporation organized under the laws of the State of Delaware with its principal place of business in New Jersey.

72.    At all times relevant, Defendant **UNION CARBIDE CORPORATION** was a corporation organized under the laws of the State of New York with its principal place of business in Texas.

73.    At all times relevant, Defendant **VANDERBILT MINERALS, LLC**, sued as successor-by-merger to R. T. VANDERBILT COMPANY, INC., was a limited liability company organized under the laws of the State of Delaware with its principal place of business in

Connecticut.  The members of Defendant **VANDERBILT MINERALS, LLC**, sued as successor-by-merger to R. T. VANDERBILT COMPANY, INC., are Hugh B. Vanderbilt, Jr., Joseph Denaro and Paul Vanderbilt and who reside in Greenwich, Connecticut, and Randall L. Johnson who resides in Monroe, Connecticut.  Defendant  **VANDERBILT  MINERALS,  LLC**,  sued  as successor-by-merger to R. T. VANDERBILT COMPANY, INC., is therefore a citizen of the State of Connecticut.

74.     At all times relevant, Defendant **VELAN VALVE CORP.** a/k/a VELAN VALVE CORPORATION was a corporation organized under the laws of the State of Delaware with its principal place of business in Vermont.

75.     At all times relevant, Defendant **VIAD CORP** f/k/a VIAD CORPORATION f/k/a THE  DIAL  CORPORATION,  sued  individually  and  as  successor-in-interest  to  GRISCOM-RUSSELL COMPANY, was a corporation organized under the laws of the State of Delaware with its principal place of business in Arizona.

76.     At all times relevant, Defendant **WARREN PUMPS, LLC** was a limited liability company organized under the laws of the State of Delaware with its principal place of business in Massachusetts.  The  managing  member  of  Defendant  **WARREN  PUMPS,  LLC**  is  Colfax Corporation, a Delaware corporation with its principal place of business in Maryland.  Therefore, Defendant **WARREN PUMPS, LLC** is a citizen of the States of Delaware and Maryland.

77.     At all times relevant, Defendant **WATTS WATER TECHNOLOGIES, INC.**, sued  as  successor-in-interest  to  MUELLER  STEAM  SPECIALTY,  INC.,  was  a  corporation organized  under  the  laws  of  the  State  of  Delaware  with  its  principal  place  of  business  in Massachusetts.

Page 33

Case 1:23-cv-02023-LAK-SN Document 1-1 Filed 03/09/23 Page 34 of 35

78.     At all times relevant, Defendant **WEIL-MCLAIN**, a division of the MARLYE-

WYLAIN COMPANY, was a corporation organized under the laws of the State of Ohio with its

principal place of business in Illinois.

79.     At all times relevant, Defendant **WEIR VALVES & CONTROLS USA, INC.**

f/k/a ATWOOD & MORRILL was a corporation organized under the laws of the State of

Massachusetts with its principal place of business in Massachusetts.

80.     At all times relevant, Defendant **WHITTAKER CLARK & DANIELS, INC.** was

a corporation organized under the laws of the State of New Jersey with its principal place of

business in New Jersey.

81.     At all times relevant, Defendant **THE WILLIAM POWELL COMPANY** was a

corporation organized under the laws of the State of Ohio with its principal place of business in

Ohio.

82.     At all times relevant, Defendant **ZURN INDUSTRIES, LLC**, sued individually

and as successor-in-interest to ZURN INDUSTRIES, INC. and ERIE CITY IRON WORKS d/b/a

KEYSTONE BOILER WORKS, INC., was a limited liability company organized under the laws

of the State of Delaware with its principal place of business in Pennsylvania.  The managing

member of Defendant **ZURN INDUSTRIES, LLC**, sued individually and as successor-in-interest

to ZURN INDUSTRIES, INC. and ERIE CITY IRON WORKS d/b/a KEYSTONE BOILER

WORKS, INC., is Zurn Holdings, Inc., a Delaware corporation with its principal place of business

in Wisconsin.  Defendant **ZURN INDUSTRIES, LLC**, sued individually and as successor-in-

interest to ZURN INDUSTRIES, INC. and ERIE CITY IRON WORKS d/b/a KEYSTONE

BOILER WORKS, INC., is therefore a citizen of the States of Delaware and Wisconsin.

## AUTHORIZATIONS

83.     Plaintiff will provide authorizations for Social Security records to Record Trak shortly.

WHEREFORE, Plaintiff demands judgment against Defendants on the causes of action herein and incorporated by reference in Simon Greenstone Panatier, PC's New York City Asbestos Litigation Standard Complaint for Personal Injury No. 2, in an amount exceeding the jurisdictional limits of all lower Courts, together with the costs and disbursements of this action.

Dated: February 6, 2023                    SIMON GREENSTONE PANATIER, PC
       New York, New York                  Attorneys for Plaintiff

                                           ***Brendan J. Tully***
                                           Brendan J. Tully
                                           420 Lexington Avenue, Suite 2848
                                           New York, New York 10170
                                           Telephone: (212) 634-1690
                                           Facsimile: (212) 320-0526

Page 35