UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS, individually and as Executor of
The Estate of John Gallo,

                Plaintiff,                    23-CV-02023 (LAK)(SN)

    -against-                           **ORDER**

AVON PRODUCTS, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 15, 2023, the parties appeared for an Initial Pretrial Conference. Given the number of defendants in this case, the Court believes the creation of a Defendants' Executive Committee would facilitate the efficient and speedy resolution of this case. Accordingly, the Court directs Defendants to meet and confer to select representatives for each subgroup of defendants identified in Plaintiff's letter at ECF No. 147. By May 30, 2023, Defendants shall file a joint letter identifying representatives for a Defendants' Executive Committee or advising the Court on the status of those discussions.

Once a Defendants' Executive Committee is established, Plaintiff is directed to meet and confer with this committee to discuss discovery, settlement, and scheduling. By June 16, 2023, the parties shall file a joint letter proposing a case management schedule.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     May 16, 2023
               New York, New York