UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS, individually and as Executor of
The Estate of John Gallo,

                Plaintiff,                23-CV-02023 (LAK)(SN)

    -against-                             **ORDER**

AVON PRODUCTS, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Pursuant to the Court's Order, the defendants have established a Defendants' Executive Committee (the "DEC") to facilitate the efficient and speedy resolution of this case. Accordingly, the Court appoints the following people to serve on the DEC:

| | |
|---|---|
| Joseph DiGregorio, Esq.<br>Barry, McTiernan & Moore | Nancy L. Pennie, Esq.<br>Aaronson, Rappaport, Feinstein & Deutsch, LLP |
| David Goodearl, Esq.<br>Leader, Berkon, Colao & Silverstein | Carol M. Tempesta, Esq.<br>Foley Mansfield |
| Timothy M. McCann, Esq.<br>Hawkins, Parnell & Young, LLP | Kevin Turbert, Esq.<br>Husch Blackwell |

      While the Court recognizes that some discovery and legal issues may be specific to certain sub-groups or even individual defendants, the Court prefers that the DEC serve as the primary representative of the defendants' interests with respect to discovery and motion practice. Accordingly, Plaintiff is directed to negotiate with the DEC for purposes of establishing discovery deadlines, developing protocols, and negotiating discovery, where possible. The DEC shall represent the defendants in communications with the Court, where possible.

The Plaintiff and the DEC are reminded of their obligation to meet and confer to discuss discovery, settlement, and scheduling. By June 16, 2023, the parties shall file a joint letter proposing a case management schedule.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 1, 2023
         New York, New York