```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DIANE FARRIS,

                          **Plaintiff,**

     -against-

AVON PRODUCTS, INC., et al.,

                         **Defendants.**

-------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A conference to discuss the issues raised in the parties' discovery letter is scheduled for August 10, 2023, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court directs Counsel for Plaintiff and the Defendants' Executive Committee (or a representative thereof) to attend.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    July 31, 2023
                New York, New York