USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**DIANE FARRIS,**

                                **Plaintiff,**                          **23-CV-02023 (LAK)(SN)**

               **-against-**                                       **ORDER**

**AVON PRODUCTS, INC., et al.,**

                                **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 10, 2023, the Court held a hearing to discuss issued in the parties' July 28, 2023 discovery letter. By September 8, 2023, the parties shall file a status letter updating the Court on the number of defendants who do not wish to use the New York City Asbestos Litigation ("NYCAL") Standardized Demands. In this letter, the parties shall summarize these defendants' objections to the NYCAL demands and outline any outstanding issues that have prevented the parties from reaching a compromise.

      Additionally, defendants will be presumptively required to produce discovery within 60 days of the deposition(s) of a product identification witness. Any defendant who objects to this schedule in good faith may make an application to the Court at the appropriate time.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 10, 2023
               New York, New York