UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DIANE FARRIS,

               **Plaintiff,**

      -against-

AVON PRODUCTS, INC., et al.,

               **Defendants.**

-------------------------------------------------------------------X

**23-CV-02023 (LAK)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 10/6/2023

**SARAH NETBURN, United States Magistrate Judge:**

On September 29, 2023, Plaintiff filed a letter updating the Court that Defendant Emerson Electric Co. objects to the use of New York City Asbestos Litigation ("NYCAL") Standardized Demands. ECF No. 245. A conference is scheduled for October 13, 2023, at 1:30 p.m. to discuss Defendant Emerson's objection. At that time, the relevant parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     October 6, 2023
             New York, New York