UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                    **Plaintiff,**                            23-CV-02023 (LAK)(SN)

      -against-                                     **ORDER**

AVON PRODUCTS, INC., et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff has informed the Court that she and Defendant Emerson Electric Co. have resolved the discovery dispute regarding the use of New York City Asbestos Litigation ("NYCAL") Standardized Demands. Accordingly, today's conference to address that issue is adjourned with no future date.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     October 17, 2023
                  New York, New York