UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DIANE FARRIS,

                          Plaintiff,

              -against-

AVON PRODUCTS, INC., et al.,

                      Defendants.

----------------------------------------------------------------X

**23-CV-02023 (LAK)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _4/15/2024_

**SARAH NETBURN, United States Magistrate Judge:**

      By April 29, 2024, the parties shall file a joint letter updating the Court on the status of discovery. That status letter should address any outstanding discovery disputes.

      Additionally, by April 26, 2024, the parties shall meet and confer about whether a settlement conference would be productive. The parties' April 29, 2024 status letter should advise the Court whether the parties request a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 15, 2024
              New York, New York