UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE FARRIS, as Executor of the Estate of JOHN GALLO, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AVON PRODUCTS, INC., et al.,<br><br>Defendants. | Civil Action No.: 1:23-cv-2023<br><br>NOTICE OF MOTION FOR PERMISSION TO FILE MOTION UNDER SEAL PURSUANT TO LOCAL CIVIL RULE 5.2 |

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that Simon Greenstone Panatier, attorneys for Plaintiff will move before the Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, NY 10007, on October 14, 2024, or as soon thereafter as the matter can be heard, for an Order granting Plaintiff's leave to file a motion under seal pursuant to Local Civil Rule 5.2.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff will rely upon the enclosed Certification of Michael DeRuve, and proposed Form of Order.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff waives oral argument of this motion unless this motion if opposed.

SIMON, GREENSTON, PANATIER, PC.
*Attorneys for Plaintiff*

By: _____
Michael DeRuve, Esq.

Dated: September 16, 2024

*[Handwritten note:]* Denied without prejudice to renewed application making appropriate showing of justification for sealing.

/s/ LEWIS A. KAPLAN
9/17/24