```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANE FARRIS,

                Plaintiff,

     -against-

AVON PRODUCTS, INC., et al.,

                Defendants.

------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On October 7, 2024, this Court issued an Opinion & Order denying in part and granting in part Plaintiff's motion to seal. The Court ordered Plaintiff to file a partially redacted motion for distribution and exhibits in accordance with that Opinion & Order. To date, Plaintiff has not filed the revised motion and exhibits. Plaintiff is ordered to file the revised motion and exhibits in accordance with the October 7, 2024 Opinion & Order by November 1, 2024.

**SO ORDERED.**

                                                        _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     October 21, 2024
                 New York, New York