UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                        Plaintiff,

       -against-

AVON PRODUCTS, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/2024

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed a redacted motion for judicial approval of settlement with certain parties (the "disbursement motion"). ECF No. 361. The Court has since approved the disbursement motion, but on October 7, 2024, the Court ordered Plaintiff to file the disbursement motion on the public docket with more limited redactions. ECF No. 372. Plaintiff failed to refile the motion, and on October 21, 2024, the Court ordered Plaintiff to comply with the prior order. ECF No. 375. Thereafter, Plaintiff filed a revised disbursement motion that no longer included certain information that was included in the original disbursement motion and which the Court previously ordered could not be filed under seal; that is, Plaintiff sought to avoid the effect of the Court's prior order by modifying the motion that has already been granted.

      Plaintiff is ORDERED to file the original disbursement motion on the public docket with redactions of only the non-settling party name and related settlement amount, and Decedent's

2

date of birth and social security number. Otherwise, Plaintiff is directed to show cause as to why she should be permitted to file a new motion for disbursement.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   October 31, 2024
         New York, New York