UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANE FARRIS, as Executor of the Estate of JOHN GALLO, JR., Deceased,

                    Plaintiff,

-against-

AVON PRODUCTS, INC., et al.,

                    Defendants.
------------------------------------------------------------------X

Civil Action No.: 1:23-cv-2023

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Petition of Michael DeRuve, Esq., dated September 16, 2024, the exhibits attached hereto, and all prior pleadings and proceedings had herein, Plaintiff will move this Court at the Thurgood Marshall, United States Courthouse, 40 Foley Square, New York, NY 10007, on October 14, 2024, at 9:30 AM, or as soon thereafter as counsel may be heard, for an order granting Plaintiff's Motion for Distribution, together with such other and further relief as the Court deems just and proper.

Dated: September 16, 2024
       New York, NY

Respectfully Submitted,

SIMON GREENSTONE PANATIER, PC

By: Michael DeRuve
420 Lexington Avenue, Suite 2848
New York, New York, 10170
(212) 634-1690 – Telephone
(212) 320-0526 – Facsimile
mderuve@sgptrial.com