UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                            Plaintiff,                            23-CV-02023 (LAK)(SN)

                -against-                                    **ORDER**

AVON PRODUCTS, INC., et al.,

                            Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 12, 2024, Defendant Foster Wheeler Energy Corporation filed a motion for summary judgment. ECF No. 381. Pursuant to Rule 6.1(b) of the Local Civil Rules of the United States District Courts for the Eastern and Southern Districts of New York, Plaintiff's opposition was due on November 26, 2024. Nothing has been filed by Plaintiff. The parties are ORDERED to meet and confer and propose a reasonable schedule for any opposition and reply brief.

       On November 26, 2024, Defendant Viad Corp. filed a motion for summary judgment. ECF No. 393. The parties are ORDERED to meet and confer to propose a similarly reasonable schedule for any opposition and reply brief.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     November 27, 2024
              New York, New York