```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                        **Plaintiff,**

      -against-

AVON PRODUCTS, INC., et al.,

                       **Defendants.**

-----------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On Monday, December 23, 2024, the Court was informed of the bankruptcy proceeding against Defendants Brenntag North America, Inc. and Brenntag Specialties, LLC. ECF No. 419. Accordingly, this matter is STAYED against Brenntag North America, Inc. and Brenntag Specialties, LLC pending resolution of the bankruptcy proceeding. The parties are ORDERED to file a letter regarding the status of the bankruptcy proceeding on June 26, 2025, and every six months thereafter or within 30 days of the bankruptcy proceeding resolving.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     December 26, 2024
              New York, New York