```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                                             Plaintiff,                    23-CV-02023 (LAK)(SN)

                -against-                                        **ORDER**

AVON PRODUCTS, INC., et al.,

                                           Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants A.O. Smith; Columbia Boiler Company of Pottstown; ECR International, Inc.; and Canvas MW, LLC's requests to appear telephonically at the February 13, 2025 settlement conference are GRANTED. See ECF Nos. 444, 445, 446, 448. Parties' counsel are not excused from in-person attendance.

      Additionally, Defendant Crosby Valve LLC is excused from attending the February 13, 2025 settlement conference. Emerson Electric Co.'s representative is expected to appear in person unless otherwise granted leave to appear telephonically.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     February 7, 2025
               New York, New York