USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                      **Plaintiff,**

     -against-

AVON PRODUCTS, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Defendant Emerson Electric Co.'s request to appear telephonically at the February 13, 2025 settlement conference is GRANTED. See ECF No. 451. Counsel is not excused from in-person attendance.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 10, 2025
              New York, New York