UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIANE FARRIS,

                          **Plaintiff,**

            -against-

AVON PRODUCTS, INC., et al.,

                        **Defendants.**
-----------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On May 21, 2025, Plaintiff and Defendants Weil-McLain and Burnham, LLC appeared for an in-person discovery conference. Plaintiff's motion to extend fact and expert discovery is granted, and Plaintiff's request to preclude Defendants' use of their NYCAL discovery is denied.

    Accordingly, Defendants' responses to the requests for admission shall be provided to Plaintiff no later than June 13, 2025. Both fact discovery and expert discovery shall be completed no later than July 18, 2025. Defendants' motions for summary judgment shall be filed no later than September 26, 2025, and shall comply with Local Civil Rule 7.1. Plaintiff's opposition brief shall be filed no later than November 7, 2025, and may be filed as a single brief not to exceed 14,000 words. Defendants' reply briefs shall be filed no later than November 26, 2025, and may not exceed 3,500 words.

    Additionally, the parties are directed to meet and confer regarding availability for a settlement conference and email Courtroom Deputy at Diljah_shaw@nysd.uscourts.gov with proposed dates.

    The Clerk of Court is respectfully directed to terminate the motion as ECF No. 503.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     May 21, 2025
              New York, New York