```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DIANE FARRIS,

                                **Plaintiff,**

               -against-

AVON PRODUCTS, INC., et al.,

                               **Defendants.**

-----------------------------------------------------------------X

23-CV-02023 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to meet and confer whether any motions to exclude expert testimony should be resolved along with any motions for summary judgment. If so, any motions to exclude expert testimony shall be filed on September 26, 2025, opposition briefs shall be filed on November 7, 2025, and reply briefs shall be filed on November 26, 2025. The parties shall file a status letter by September 17, 2025, regarding either parties' intention to file a motion to exclude expert testimony.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    August 25, 2025
                New York, New York