UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE FARRIS, as Executor of the Estate of JOHN GALLO, JR., Deceased, | : Civil Action No: 1:23-cv-02023 |
| Plaintiff, | : |
| - against - | : **STIPULATION DISCONTINUING** : **ACTION WITH PREJUDICE PER** : **SETTLEMENT** |
| AVON PRODUCTS INC., et al. | : |
| Defendants. | : |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiff and defendant named below in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, in accordance with the terms of the accompanying release, with prejudice, as to ECR INTERNATIONAL INC., as successor to The Utica Companies, Inc., without costs to any party as against the other. This stipulation may be filed without further noticed with the Clerk of the Court and deemed entered upon filing.

Dated: _____September 8_____, 2025.

SIMON GREENSTONE PANATIER, PC

_____
Brendan J. Tully, Esq.
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2848
New York, NY 10170
(212) 634-1690 Direct
(212) 320-0526 Fax

MANNING GROSS + MASSENBURG LLP

_____
Arian Prelvukaj, Esq.
Attorneys for Defendant
200 Vesey Street, 25th Floor
New York, NY 10281
(929) 378-4800 Direct
(618) 607-5299 Fax