UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 9/22/2025
```

DIANE FARRIS, individually and as Executor of
The Estate of John Gallo,

                                        Plaintiff,                    23-CV-02023 (LAK)(SN)

                    -against-                                         **ORDER**

AVON PRODUCTS, INC., et al.,

                                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On September 22, 2025, the Court held a scheduling conference to discuss Plaintiff's and

Defendant Burnham LLC's anticipated motions to exclude expert testimony. Pursuant to that

conference, motions to exclude expert testimony shall be filed on September 26, 2025,

opposition briefs shall be filed on October 27, 2025, and replies shall be filed on November 10,

2025.

The parties are reminded to review S.D.N.Y. Local Civil Rule 7.1(c) which sets word

limits for memoranda of law supporting a motion.


**SO ORDERED.**

                                        _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:        September 22, 2025
              New York, New York