UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DIANE FARRIS, individually and as Executor of
The Estate of John Gallo,

                        Plaintiff,                  23-CV-02023 (LAK)(SN)

-against-                **ORDER**

AVON PRODUCTS, INC., et al.,

                        Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff and Defendant Burnham LLC have filed a total of six motions to exclude expert testimony, all of which are now fully briefed and pending before the Court. With the benefit of these motions, the Court encourages the parties to consider whether a settlement conference would be productive. Accordingly, the parties are directed to meet and confer regarding their interest in participating in a settlement conference before me. If the parties agree to participate in a settlement conference, they should contact Courtroom Deputy Diljah Shaw with both parties on the e-mail, at diljah_shaw@nysd.uscourts.gov. If the parties do not believe that a settlement conference would be productive, they shall file a letter advising the Court by November 26, 2025.

**SO ORDERED.**

*[signature]*
SARAH NETBURN
United States Magistrate Judge

DATED:    November 19, 2025
                  New York, New York