**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

DIANE FARRIS,

                         **Plaintiff,**

          **-against-**

AVON PRODUCTS, INC., et al.,

                       **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/6/2026_

**23-CV-02023 (LAK)(SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

      Because all remaining claims in this action have been settled in their entirety, it is

ORDERED that this action is dismissed, provided, however, that within 30 days of this Order,

counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in

which event the action will be restored. The Clerk of Court is respectfully directed to close this

case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 6, 2026
             New York, New York